maintenance to Ms. Brown–Pollard. Mr. Pollard presents four points on appeal. First, he claims the trial court erred in ordering his parenting time with the marital child be supervised. Second, he claims the trial court erred in awarding Ms. Brown–Pollard sole legal custody of the marital child. Third, he claims the trial court erred in awarding Ms. Brown–Pollard sole physical custody of the marital child. Finally, he claims the trial court erred in awarding Ms. Brown–Pollard periodic modifiable maintenance. All points are denied, and the judgment of the trial court is affirmed. **Rule 84.16(b).**

## ORDER

Christopher Harrison appeals from the denial of his Rule 24.035 motion for ineffective assistance of counsel. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed pursuant to Rule 84.16(b).

**Christopher D. HARRISON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65680.**

Missouri Court of Appeals,
Western District.

April 18, 2006.

Ruth Sanders, Appellant Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Shaun Mackelprang and Jayne T. Woods, Office of Attorney General, Jefferson City, for Respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

**Joshua E. JONES, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. WD 65600.**

Missouri Court of Appeals,
Western District.

April 18, 2006.

